**Dennis DICKERSON, Appellant,**

**v.**

**Cranston MITCHELL, Respondent.**

**No. WD 54286.**

Missouri Court of Appeals,
Western District.

Dec. 23, 1997.

Dennis Dickerson, Jefferson City, for Appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Stephen Hawke, Asst. Atty. Gen., Jefferson City, for Respondent.

Before SPINDEN, P.J., and LAURA DENVIR STITH and EDWIN H. SMITH, JJ.

**ORDER**

PER CURIAM.

Dennis Dickerson appeals the circuit court's judgment dismissing his declaratory judgment and injunctive action challenging the parole board's revocation of his parole. We affirm. Rule 84.16(b).